UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-213-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARGARITO SANTIAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Indictment. (Doc. No. 4).

The Government's Motion to Dismiss is **GRANTED**, and the Bill of Indictment is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed August 7, 2024

Max O. Cogburn Jr
United States District Judge